# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ODELL WARREN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 1:20-cv-01241-HBK (SS)<br><br>ORDER APPROVING PARTIES' JOINT STIPULATION UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) AND REVERSING FINAL DECISION AND REMANDING CASE<br><br>(Doc. No. 19)<br><br>ORDER TO TERMINATE ALL PENDING MOTIONS AND DEADLINES |

Pending before the Court is the parties' Stipulation for Remand filed June 23, 2021. (Doc. No. 19). Plaintiff Patrick Odell Warren and the Commissioner of Social Security jointly stipulate to remand this case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) and for judgment to be entered in Plaintiff's favor. (*Id.*).

The United States Supreme Court held that the Social Security Act permits remand in conjunction with a judgment either affirming, reversing, or modifying the Secretary's decision. *See Melkonyan v. Sullian*, 501 U.S. 89, 97-98 (1991) (addressing issue of attorney's fees under the Equal Access to Justice Act and calculating deadline using date of final judgment). The *Melkonyan* Court recognized 42 U.S.C. § 405(g) contemplates only two types of remand – sentence four or sentence six. *Id.* at 98. A sentence four remand authorizes a court to enter "a judgment affirming, modifying, or reversing the decision of the Secretary, with or without resetting the cause for a rehearing." *Id.* at 98 (other citations omitted).

1

Here, the parties' stipulation and proposed order seeks remand under sentence four and reversal of the Commissioner's final decision. (Doc. 19. at 1-2). The parties further stipulate that the Administrative Law Judge should "reevaluate the medical evidence, reassess the residual functional capacity, and if required, offer the claimant the opportunity for a new hearing" and updated the administrative record "as warranted." (*Id*. at 1).

Accordingly, it is now **ORDERED**:

1. The Court APPROVES the parties' Joint Stipulation (Doc. No. 19).

2. The Commissioner of Social Security's decision is REVERSED, judgment shall be entered in favor of Plaintiff, and this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the parties' Joint Stipulation and this Order under sentence four, 42 U.S.C. § 405(g).

3. The Clerk is respectfully requested to terminate any pending motions/deadlines and close this case.

IT IS SO ORDERED.

Dated: June 24, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE