1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICK ODELL WARREN,                 Case No.  1:20-cv-01241-HBK

12              Plaintiff,                  ORDER GRANTING PLAINTIFF'S
                                            STIPULATED MOTION FOR ATTORNEY'S
13        v.                                FEES AND COSTS UNDER THE EQUAL
                                            ACCESS TO JUSTICE ACT
14   COMMMISSIONER OF SOCIAL
     SECURITY,                              (Doc. No.  22)
15
                Defendant.
16

17        Pending before the Court is Plaintiff's stipulated motion for attorney fees filed July 28,

18   2021.  (Doc. No. 22).  Plaintiff seeks attorney's fees in the amount of $4,675.00 under the Equal

19   Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  (*Id*.).  Plaintiff is not seeking reimbursement

20   for costs.  (*Id.* at 2).

21        On June 24, 2021, this Court granted the parties' Stipulation for Voluntary Remand

22   pursuant to Sentence Four of 42 U.S.C. § 405(g) and reversed and remanded the case to the

23   Commissioner for further administrative proceedings.  (Doc. No. 20).  The Clerk entered

24   judgment in favor of Plaintiff the same day.  (Doc. No. 21).  Plaintiff, the prevailing party, now

25   requests an award of fees.  *See* 28 U.S.C. § 2412(a) & (d)(1)(A); Fed. R. Civ. P. 54(d)(1); *see* 28

26   U.S.C. § 1920; *cf. Shalala v. Schaefer*, 509 U.S. 292, 300-02 (1993) (concluding that a party who

27   wins a sentence-four remand order under 42 U.S.C. § 405(g) is a prevailing party).

28        The Commissioner stipulates to the requested relief.  (*See* Doc. No. 22).  After issuance of

an order awarding EAJA fees and costs, however, the United States Department of the Treasury will determine whether Plaintiff owes a debt to the government. (*Id.* at 2 ¶¶ 11-13). If Plaintiff has no discernable federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel. (*Id.* at 2 ¶¶ 13-16).

Accordingly, it is **ORDERED:**

1. Plaintiff's stipulated motion for attorney's fees (Doc. No. 22) is **GRANTED**.

2. Plaintiff is awarded fees in the amount of $4,675.00 (four thousand six hundred seventy-five dollars). Unless the Department of Treasury determines Plaintiff owes a federal debt, the government must pay the fees to Plaintiff's counsel in accordance with Plaintiff's assignment of fees and subject to the terms of the stipulated motion.

Dated:    July 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE